**Federal Rules of Appellate Procedure Form 1.**
**Notice of Appeal to a Court of Appeals from a Judgment or Order of a District Court.**

United States District Court for the
Northern District of New York

------------------------------------------------------------

LUKE FIZULICH

                            Plaintiff(s),                     Notice of Appeal

       v.                                   Case number: 1:22-CV-1190

DWAYNE KILLINGS and STATE UNIVERSITY
OF NEW YORK AT ALBANY,

                        Defendant(s).

------------------------------------------------------------

Notice is hereby given that ___Luke Fizulich_____ ,

the ___Plaintiff(s)_____ in the above-named case*, hereby appeal(s) to the United States

Court of Appeals for the Second Circuit ___from an Order___ entered in this

action on the __10__ day of __June_____, 20__26__.

                               /s/ Tara J. Davis  Digitally signed by Tara J. Davis
                                            Date: 2026.07.07 14:29:32 -04'00'

Name: Tara J. Davis

Attorney for Plaintiff

Address: 101 Federal Street, 19th Floor

                Boston, Massachusetts 02110

[**Note to inmate filers**: *If you are an inmate confined in an institution and you seek the timing benefit of Fed.R.App.P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal*.]

*See Rule 3(c) for permissible ways of identifying appellants.

APPEAL

# U.S. District Court
## Northern District of New York – Main Office (Syracuse) [NextGen CM/ECF Release 1.8 (Revision 1.8.5)] (Albany)
## CIVIL DOCKET FOR CASE #: 1:22–cv–01190–DNH–DJS

| | |
|---|---|
| Fizulich v. Killings et al | Date Filed: 11/14/2022 |
| Assigned to: Judge David N. Hurd | Jury Demand: Both |
| Referred to: Magistrate Judge Daniel J. Stewart | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Luke Fizulich**                    represented by **Janine L. Peress**
Nesenoff & Miltenberg, LLP
363 Seventh Avenue – 5th Floor
New York, NY 10001
212–736–4500
Email: jperess@nmllplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:* **Removed2023Biennial**
*Fee Status: none*

**Stuart Bernstein**
Nesenoff & Miltenberg, LLP
363 Seventh Avenue – 5th Floor
New York, NY 10001
212–736–4500
Fax: 211–736–2260
Email: sbernstein@nmllplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Tara Jill Davis**
Nesenoff & Miltenberg, LLP
363 Seventh Avenue – 5th Floor
New York, NY 10001
212–736–4500
Fax: 212–736–2260
Email: tdavis@nmllplaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

V.

**Defendant**

**Dwayne Killings**                    represented by **William J. Dreyer**
*in his individual capacity only*                    Dreyer Boyajian LLP
75 Columbia Street
Albany, NY 12210
518–463–7784
Email: wdreyer@dblawny.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Justin Quinn Davis**
Dreyer Boyajian LLP

75 Columbia Street
Albany, NY 12210
845–594–7901
Email: jdavis@dblawny.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Lauren S. Owens**
Syracuse University
Office of University Counsel
900 South Crouse Avenue, Suite 100–117
Syracuse, NY 13244
315–443–8979
Email: lowens05@syr.edu
 *TERMINATED: 03/31/2025*
*Bar Status: Active*
*Fee Status: waived_2025*

**Defendant**

| **State University of New York at Albany** *TERMINATED: 06/10/2026* | represented by | **Mark G. Mitchell** New York State Attorney General – Albany The Capitol Albany, NY 12224 518–776–2583 Email: mark.mitchell@ag.ny.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Bar Status: Active* *Fee Status: waived_2025* |
|---|---|---|

**Defendant**

| **Mark Benson** *TERMINATED: 02/13/2023* | represented by | **Mark G. Mitchell** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Bar Status: Active* *Fee Status: waived_2025* |
|---|---|---|

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2022 | 1 | COMPLAINT WITH JURY DEMAND against Mark Benson, Dwayne Killings, State University of New York at Albany (Filing fee $402 receipt number ANYNDC–6098404) filed by Luke Fizulich. (Attachments: # 1 Civil Cover Sheet)(khr) (Entered: 11/15/2022) |
| 11/14/2022 | 2 | G.O. 25 FILING ORDER ISSUED: Initial Conference set for 2/14/2023 09:00 AM in Albany before Magistrate Judge Daniel J. Stewart. Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 2/7/2023. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) (khr) (Entered: 11/15/2022) |
| 11/15/2022 |  | TEXT NOTICE OF FILING DEFICIENCY as to Luke Fizulich regarding the 1 Complaint **NOTICE IS HEREBY GIVEN** of the following Filing Deficiency: Proposed Summons(es) were not included with the Complaint. Counsel is directed to file proposed summons(es) on the docket using the REQUEST FOR ISSUANCE OF SUMMONS(ES) event within 3 days of this notice. Notice of Filing Deficiency Deadline 11/18/2022 (khr) (Entered: 11/15/2022) |

| 11/16/2022 | 3 | REQUEST FOR ISSUANCE OF SUMMONS(ES): Luke Fizulich is requesting summons(es) be issued as to Dwayne Killings re: 1 Complaint. (Bernstein, Stuart) (Entered: 11/16/2022) |
|---|---|---|
| 11/16/2022 | 4 | REQUEST FOR ISSUANCE OF SUMMONS(ES): Luke Fizulich is requesting summons(es) be issued as to Mark Benson re: 1 Complaint. (Bernstein, Stuart) (Entered: 11/16/2022) |
| 11/16/2022 | 5 | REQUEST FOR ISSUANCE OF SUMMONS(ES): Luke Fizulich is requesting summons(es) be issued as to State University of New York at Albany re: 1 Complaint. (Bernstein, Stuart) (Entered: 11/16/2022) |
| 11/17/2022 | 6 | Summons Issued as to Dwayne Killings, # 1 State University of New York at Albany, and # 2 Mark Benson(gmd) (Entered: 11/17/2022) |
| 11/28/2022 | 7 | WAIVER OF SERVICE Returned Executed by Luke Fizulich. State University of New York at Albany waiver sent on 11/23/2022, answer due 1/23/2023. (Bernstein, Stuart) (Entered: 11/28/2022) |
| 11/28/2022 | 8 | WAIVER OF SERVICE Returned Executed by Luke Fizulich. Mark Benson waiver sent on 11/23/2022, answer due 1/23/2023. (Bernstein, Stuart) (Entered: 11/28/2022) |
| 12/01/2022 | 9 | WAIVER OF SERVICE Returned Executed by Dwayne Killings. Dwayne Killings waiver sent on 11/23/2022, answer due 1/23/2023. (Owens, Lauren) (Entered: 12/01/2022) |
| 01/20/2023 | 10 | NOTICE of Appearance by Mark G. Mitchell on behalf of Mark Benson, State University of New York at Albany (Mitchell, Mark) (Entered: 01/20/2023) |
| 01/20/2023 | 11 | MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Mark Benson, State University of New York at Albany. Motion returnable before Judge David N. Hurd, MOTION to Dismiss for Failure to State a Claim filed by Mark Benson, State University of New York at Albany. Motion returnable before Judge David N. Hurd Response to Motion due by 2/10/2023. Reply to Response to Motion due by 2/17/2023 (Attachments: # 1 Declaration of Mark G. Mitchell, # 2 Exhibit(s) A. Campus and Workplace Violence Prevention Policy and Program, # 3 Exhibit(s) B. Collective bargaining agreement, # 4 Memorandum of Law) (Mitchell, Mark) (Entered: 01/20/2023) |
| 01/23/2023 | 12 | NOTICE of Appearance by William J. Dreyer on behalf of Dwayne Killings (Dreyer, William) (Entered: 01/23/2023) |
| 01/23/2023 | 13 | NOTICE of Appearance by Lauren S. Owens on behalf of Dwayne Killings (Owens, Lauren) (Entered: 01/23/2023) |
| 01/23/2023 | 14 | ANSWER to 1 Complaint by Dwayne Killings.(Dreyer, William) (Entered: 01/23/2023) |
| 01/26/2023 | 15 | TEXT ORDER: The Rule 16 conference set for 2/14/2023 and the 2/7/2023 deadline for the submission of a joint Civil Case Management Plan and exchange of Mandatory Disclosures are ADJOURNED WITHOUT DATE. The hearing and related deadlines will be reset, if deemed necessary, after disposition of the 11 motion to dismiss. So Ordered by Magistrate Judge Daniel J. Stewart on 1/26/2023. (gmd) (Entered: 01/26/2023) |
| 02/10/2023 | 16 | STATUS REPORT *informing the Court that defendant Killings will not be submitting a response to the Motion to Dismiss* by Dwayne Killings. (Dreyer, William) (Entered: 02/10/2023) |
| 02/10/2023 | 17 | AMENDED COMPLAINT against Dwayne Killings, State University of New York at Albany filed by Luke Fizulich.(Bernstein, Stuart) (Entered: 02/10/2023) |
| 02/10/2023 | 18 | Letter Motion from Stuart Bernstein for Luke Fizulich requesting Defendants' motion to dismiss be denied as moot submitted to Judge David N. Hurd . (Bernstein, Stuart) (Entered: 02/10/2023) |
| 02/13/2023 | 19 | TEXT ORDER: Plaintiff has filed an 17 amended complaint as of right. See Fed. R. Civ. P. 15(a)(1)(B). Because the amended complaint is now the operative pleading, the State defendants' 11 motion to dismiss must be denied as moot. The Clerk is directed |

| | | |
|---|---|---|
| | | to reset the response deadlines accordingly to 2/24/2023. So Ordered by Judge David N. Hurd on 2/13/2023. (see) (Entered: 02/13/2023) |
| 02/24/2023 | 20 | ANSWER to 17 Amended Complaint by Dwayne Killings.(Dreyer, William) (Entered: 02/24/2023) |
| 02/24/2023 | 21 | MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by State University of New York at Albany. Motion returnable before Judge David N. Hurd, MOTION to Dismiss for Failure to State a Claim filed by State University of New York at Albany. Motion returnable before Judge David N. Hurd Response to Motion due by 3/17/2023. Reply to Response to Motion due by 3/24/2023 (Attachments: # 1 Declaration of Mark G. Mitchell, # 2 Exhibit(s) A. Campus and Workplace Violence Prevention Policy and Program, # 3 Exhibit(s) B. Collective bargaining agreement, # 4 Memorandum of Law) (Mitchell, Mark) (Entered: 02/24/2023) |
| 02/24/2023 | 22 | CERTIFICATE OF SERVICE by State University of New York at Albany re 21 MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by State University of New York at Albany. Motion returnable before Judge David N. Hurd MOTION to Dismiss for Failure to State a Claim filed by State University of New York at Albany. Motion returnable before Judge David N. Hurd (Mitchell, Mark) (Entered: 02/24/2023) |
| 03/16/2023 | 23 | Letter Motion from Janine Peress for Luke Fizulich requesting First Extension for Response to Defendant's Motion to Dismiss (ECF 21) submitted to Judge Stewart . (Peress, Janine) (Entered: 03/16/2023) |
| 03/17/2023 | 24 | TEXT ORDER granting 23 Letter Request to extend briefing deadlines on the 21 Motion to Dismiss filed by State University of New York at Albany. Response to Motion due by 3/31/2023. Reply to Response to Motion due by 4/14/2023. Pursuant to verbal order of USDJ David N. Hurd. (rjm) (Entered: 03/17/2023) |
| 03/17/2023 | 25 | STATUS REPORT *notifying the Court that defendant Killings will not be submitting a response to the Motion to Dismiss* by Dwayne Killings. (Dreyer, William) (Entered: 03/17/2023) |
| 03/31/2023 | 26 | RESPONSE in Opposition re 21 MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by State University of New York at Albany. Motion returnable before Judge David N. Hurd MOTION to Dismiss for Failure to State a Claim filed by State University of New York at Albany. Motion returnable before Judge David N. Hurd filed by Luke Fizulich. (Bernstein, Stuart) (Entered: 03/31/2023) |
| 04/14/2023 | 27 | REPLY to Response to Motion re 21 MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by State University of New York at Albany. Motion returnable before Judge David N. Hurd MOTION to Dismiss for Failure to State a Claim filed by State University of New York at Albany. Motion returnable before Judge David N. Hurd filed by State University of New York at Albany. (Mitchell, Mark) (Entered: 04/14/2023) |
| 04/14/2023 | 28 | CERTIFICATE OF SERVICE by State University of New York at Albany re 27 Reply to Response to Motion, (Mitchell, Mark) (Entered: 04/14/2023) |
| 07/20/2023 | 29 | MEMORANDUM–DECISION & ORDER: It is ORDERED that The Universitys # 21 Motion to Dismiss is GRANTED in part and DENIED in part; Fizulichs Breach of Contract Claim (Count IV) is DISMISSED. Fizulichs Title VI claim (Count III) survives dismissal; The University shall file an answer to Count III on or before August 3, 2023. Signed by Judge David N. Hurd on 7/20/2023. (jmb) (Entered: 07/20/2023) |
| 07/20/2023 | | ***Answer deadline set for State University of New York at Albany and Dwayne Killings to 8/3/2023. (jmb) (Entered: 07/20/2023) |
| 08/03/2023 | 30 | ANSWER to 17 Amended Complaint by State University of New York at Albany.(Mitchell, Mark) (Entered: 08/03/2023) |
| 08/07/2023 | 31 | TEXT ORDER: A Telephone Initial Rule 16 Conference set for 8/23/2023 10:00 AM before Magistrate Judge Daniel J. Stewart. ( Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 8/16/2023. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged |

| | | among the parties but are NOT to be filed with the Court.) The parties are directed to dial +1 518–217–2288, and enter ID code 738 661 203 to connect to the conference. So Ordered by Magistrate Judge Daniel J. Stewart on 8/7/2023. (gmd) (Entered: 08/07/2023) |
|---|---|---|
| 08/15/2023 | 32 | CIVIL CASE MANAGEMENT PLAN by Luke Fizulich. (Bernstein, Stuart) (Entered: 08/15/2023) |
| 08/17/2023 | 33 | TEXT ORDER: Telephone Initial Rule 16 Conference RESET for 9/7/2023 10:00 AM before Magistrate Judge Daniel J. Stewart. The parties are directed to dial +1 518–217–2288, and enter ID code 738 661 203 to connect to the conference. So Ordered by Magistrate Judge Daniel J. Stewart on 8/17/2023. (gmd) (Entered: 08/17/2023) |
| 09/07/2023 | | Text Minute Entry for an Initial Rule 16 Conference held on 9/7/2023 before Magistrate Judge Daniel J. Stewart. The Court hears from counsel as to their positions and how they intend to proceed in this matter. Court discusses potential for settlement. The Court discusses the Mandatory Mediation Program with counsel, and case is exempted from the program. Scheduling Order deadlines set. A Uniform Pretrial Order will be issued. Initial Disclosures have been exchanged. Parties have 3 weeks to submit any proposed protective orders. Counsel may contact the court if any issues arise after attempting to resolve them without intervention of court. Appearances: Stuart Bernstein, Esq., for plaintiff; William J. Dreyer, Esq., for defendant Dwayne Killings; Mark G. Mitchell, Esq., for defendant State University of New York. Time: 10:00 AM – 10:23 AM. (gmd) (Entered: 09/07/2023) |
| 09/07/2023 | 34 | UNIFORM PRETRIAL SCHEDULING ORDER: Joinder of Parties due by 9/26/2023. Amended Pleadings due by 9/26/2023. Discovery due by 8/23/2024. Plaintiffs Expert Disclosure Deadline is 5/27/2024. Defendants Expert Disclosure Deadline is 7/9/2024. Rebuttal Expert Disclosure Deadline is 7/24/2024. Motions to be filed by 10/23/2024. Anticipated length of trial: 5 Days. Preferred Trial Location: Utica/Albany. Signed by Magistrate Judge Daniel J. Stewart on 9/7/2023. (gmd) (Entered: 09/07/2023) |
| 09/07/2023 | 35 | TEXT ORDER: The court held an Initial Rule 16 Conference on 9/7/2023 and *sua sponte*, exempts this matter from the Mandatory Mediation Program. So Ordered by Magistrate Judge Daniel J. Stewart on 9/7/2023. (gmd) (Entered: 09/07/2023) |
| 09/08/2023 | 36 | TEXT ORDER: Counsel is directed to file a Status Report due by 9/29/2023 updating the court as specified in the 9/7/2023 Initial Conference. So Ordered by Magistrate Judge Daniel J. Stewart on 9/8/2023. (gmd) (Entered: 09/08/2023) |
| 09/28/2023 | 37 | STATUS REPORT by Luke Fizulich. (Bernstein, Stuart) (Entered: 09/28/2023) |
| 11/09/2023 | 38 | STIPULATION *Protective Order* by State University of New York at Albany submitted to Judge Daniel J. Stewart. (Mitchell, Mark) (Entered: 11/09/2023) |
| 11/14/2023 | 39 | ORDER granting 38 Stipulated PROTECTIVE ORDER filed by State University of New York at Albany. It is So Ordered. Signed by Magistrate Judge Daniel J. Stewart on 11/14/2023. (gmd) (Entered: 11/14/2023) |
| 06/20/2024 | 40 | Letter Motion from Stuart Bernstein for Luke Fizulich requesting A Court Conference submitted to Judge Daniel J. Stewart . (Bernstein, Stuart) (Entered: 06/20/2024) |
| 06/25/2024 | 41 | TEXT ORDER re 40 Letter Motion requesting A Court Conference: A Telephone Discovery Conference set for 7/22/2024 10:00 AM before Magistrate Judge Daniel J. Stewart. Counsel is directed to dial +1 518–217–2288, and enter ID code 440 002 665 to connect to the conference. SO ORDERED by Magistrate Judge Daniel J. Stewart on 6/24/2024. (gmd) (Entered: 06/25/2024) |
| 07/16/2024 | 42 | NOTICE OF APPEARANCE by Tara J. Davis on behalf of Luke Fizulich (Davis, Tara) (Entered: 07/16/2024) |
| 07/22/2024 | | TEXT MINUTE ENTRY for a telephone conference regarding discovery held on 7/22/2024 before Magistrate Judge Daniel J. Stewart: Parties discussed discovery demands. Court discusses production and discovery deadlines. Text Order to follow. (Court Reporter: Eileen McDonough). Appearances: Tara Davis, Esq., for Plaintiff; Lauren S. Owens, Esq., for Defendant Dwayne Killings; Mark Mitchell, Esq. for |

| | | |
|---|---|---|
| | | Defendant State University at Albany. Time 10:00 AM – 10:16 AM. (Entered: 07/22/2024) |
| 07/22/2024 | 43 | TEXT ORDER. An on–the–record discovery conference was held with counsel. Based upon the discussions at the conference, the Court extends the discovery deadline in this matter to December 31, 2024, and extends the deadline to file dispositive motions until February 14, 2025. Plaintiffs expert reports are now due on or before October 2, 2024. The Court further indicated a willingness to sign an order directing production of certain educational records or student interviews in relation to this matter, pursuant to 20 U.S.C. §1232 (b)(2)(B). Defense counsel is directed to begin the notification procedure set forth in the statute, and to supply a proposed order to the Court on or before July 25, 2024. With regard to the SUNY Defendant's outstanding Discovery Demands and outstanding Interrogatories, Plaintiff's counsel is directed to respond to those demands on or before August 5, 2024, and to supplement those responses as needed. SO ORDERED by Magistrate Judge Daniel J. Stewart on 7/22/2024. (egr) (Entered: 07/22/2024) |
| 07/25/2024 | 44 | Letter Motion from Mark G. Mitchell for State University of New York at Albany requesting submitting proposed order, as directed at ECF No. 43 submitted to Judge Daniel J. Stewart . (Mitchell, Mark) (Entered: 07/25/2024) |
| 07/26/2024 | 45 | ORDER: It is HEREBY ORDERED by the Court that Defendant State University of New York at Albany is directed to disclose to the parties in this action FERPA–protected education records and student interviews as set forth in this Order. Signed by Magistrate Judge Daniel J. Stewart on 7/26/2024. (egr) (Entered: 07/26/2024) |
| 12/26/2024 | 46 | Letter Motion from Tara J. Davis for Luke Fizulich requesting an extension of the discovery deadline submitted to Judge Daniel J. Stewart . (Davis, Tara) (Entered: 12/26/2024) |
| 12/31/2024 | 47 | TEXT ORDER deferring ruling on 46 Letter Request pending Status Conference set for 1/8/2025 at 10:00 AM in Albany before Magistrate Judge Daniel J. Stewart. SO ORDERED by Magistrate Judge Daniel J. Stewart on 12/31/2024. (spl) (Entered: 12/31/2024) |
| 01/06/2025 | 48 | NOTICE of 1/8/2025 Hearing – TIME CHANGE ONLY – **Status conference will be held at 12:00 noon.** (spl) (Entered: 01/06/2025) |
| 01/08/2025 | | TEXT MINUTE ENTRY for a Status/Scheduling Conference held on 1/8/2025 before U.S. Magistrate Judge Daniel J. Stewart: The court discusses 46 letter motion from Plaintiff requesting deadline extensions; parties indicate mediation not an option; deposition schedule discussed. Pretrial deadlines extended by the court as follows: Discovery deadline–April 30, 2025; Motion deadline–June 13, 2025. The parties should contact the court before expiration of these deadlines if intervention is required with respect to any dispute regarding a non–dispositive issue that cannot be resolved after good faith negotiations among counsel. [Appearances: Stuart Bernstein for Plaintiff; William Dreyer for Defendant Killings; Mark Mitchell for Defendant SUNY Albany. [Time 11:0011:21 AM] (Court Reporter Jacquelyn Gecewicz) (spl) (Entered: 01/13/2025) |
| 01/15/2025 | 49 | TEXT ORDER. For the reasons set forth at the most recent discovery conference, the parties' request to extend the discovery deadlines, Dkt. No. 46, is granted one final time. The time to complete discovery is now set for April 30, 2025. Any dispositive motions must be filed on or before June 13, 2025. No further extensions will be granted absent extraordinary circumstances. The parties are to work together to resolve any discovery disputes and be mindful of fellow counsel's trial schedules. SO ORDERED. (Stewart, Daniel) (Entered: 01/15/2025) |
| 01/15/2025 | 50 | Set/Reset Scheduling Order Deadlines: Plaintiff's Expert Disclosure Deadline is 1/30/2025; Defendants' Expert Disclosure Deadline is 3/17/2025; Rebuttal Expert Disclosure Deadline is 3/31/2025. (spl) (Entered: 01/15/2025) |
| 03/31/2025 | 51 | NOTICE OF APPEARANCE by Justin Quinn Davis on behalf of Dwayne Killings (Davis, Justin) (Entered: 03/31/2025) |

| | | |
|---|---|---|
| 04/28/2025 | 52 | Letter Motion from Stuart Bernstein, Esq. for Luke Fizulich requesting 61 Day Extension of the Current Discovery Deadline submitted to Judge Daniel J. Stewart . (Attachments: # 1 Exhibit(s) A)(Bernstein, Stuart) (Entered: 04/28/2025) |
| 04/30/2025 | 53 | RESPONSE TO LETTER BRIEF filed by Dwayne Killings as to 52 Letter Request/Motion filed by Luke Fizulich . (Dreyer, William) (Entered: 04/30/2025) |
| 05/07/2025 | 54 | TEXT ORDER. Counsel for Plaintiff has requested that the discovery deadline in this matter be extended yet again, that Plaintiff be allowed to file a motion to compel regarding a non–party deposition witness, and that any conference in this matter be held telephonically so as not to inconvenience counsel. Dkt. No. 52. The request to extend at discovery is denied, as all counsel were on notice that no further extensions of that deadline would be allowed. *See* Text Order dated January 15, 2025. Plaintiff's counsel is granted permission to file any appropriate motion regarding the news reporter's deposition within 14 days of this Order. In light of the foregoing, no Court conference is required. SO ORDERED. Signed by Magistrate Judge Daniel J. Stewart on 5/7/2025. (Stewart, Daniel) (Entered: 05/07/2025) |
| 06/05/2025 | 55 | Letter Motion from Mark G. Mitchell for State University of New York at Albany requesting extension of the dispositive motion deadline, without objection from the parties submitted to Judge Daniel J. Stewart . (Mitchell, Mark) (Entered: 06/05/2025) |
| 06/06/2025 | 56 | TEXT ORDER granting 55 Letter Request for motion deadline to be extended to 7/14/2025. SO ORDERED by Magistrate Judge Daniel J. Stewart on 6/6/2025. (spl) (Entered: 06/06/2025) |
| 07/14/2025 | 57 | MOTION for Summary Judgment filed by Dwayne Killings. Motion returnable before Judge David N. Hurd. Response to Motion due by 8/4/2025. Reply to Response to Motion due by 8/11/2025 (Attachments: # 1 Affirmation of William J. Dreyer in Support of Defendant Dwayne Killings' Motion for Summary Judgment, # 2 Exhibit(s) A – Amended Complaint, # 3 Exhibit(s) B – Killings' Answer, # 4 Exhibit(s) C – UAlbany's Answer, # 5 Exhibit(s) D – Transcript of L. Fizulich deposition, # 6 Exhibit(s) E– Transcript of D. Killings deposition, # 7 Exhibit(s) F – Transcript of H. Rodriguez, # 8 Exhibit(s) G – Transcript of M. Benson deposition, # 9 Exhibit(s) H – Transcript of Dr. Ingersoll, # 10 Exhibit(s) I – Certification of Dr. Ingersoll Records, # 11 Exhibit(s) J – Fizulich Athletic Trainer Records, # 12 Exhibit(s) K – Fizulich's Response to Killings First Set of Interrogatories, # 13 Exhibit(s) L – Fizulich Transfer Portal Records, # 14 Exhibit(s) M – Fizulich Rule 26 Disclosures, # 15 Exhibit(s) N – Fizulich Marquette Statistics, # 16 Exhibit(s) O – Fizulich's UAlbany Statistics, # 17 Exhibit(s) P – Box Score of UAlbany v Eastern Illinois, # 18 Exhibit(s) Q – Certificate of Expungement, # 19 Affirmation of Dwayne Killings, # 20 Statement of Material Facts, # 21 Memorandum of Law) (Dreyer, William) (Entered: 07/14/2025) |
| 07/14/2025 | 58 | MOTION for Summary Judgment filed by State University of New York at Albany. Motion returnable before Judge David N. Hurd. Response to Motion due by 8/4/2025. Reply to Response to Motion due by 8/11/2025 (Attachments: # 1 Declaration of Dr. Havidan Rodriguez, # 2 Declaration of Brian Selchick, # 3 Declaration of Mark G. Mitchell, # 4 Exhibit(s) A. Plaintiff's deposition transcript, # 5 Exhibit(s) B. Dr. Rodriguez' deposition transcript, # 6 Exhibit(s) C. Mark Benson's deposition transcript, # 7 Exhibit(s) D. Brian Selchick's deposition transcript, # 8 Exhibit(s) F. Plaintiff's supplemental response to interrogatories, # 9 Exhibit(s) G. Plaintiff's notification of transfer, # 10 Exhibit(s) H. Emails between B. Selchick and Plaintiff, # 11 Exhibit(s) I. Settlement agreement, # 12 Exhibit(s) J. Foundation's meeting minutes October 15, 2021, # 13 Exhibit(s) K. Campus and workplace violence prevention policy and program, # 14 Exhibit(s) L. Collective bargaining agreement, # 15 Exhibit(s) M. Email withdrawing lost earnings claim, # 16 Exhibit(s) Plaintiff's expert disclosure, # 17 Memorandum of Law, # 18 Statement of Material Facts) (Mitchell, Mark) (Additional attachment(s) added on 3/13/2026: # 19 Exhibit I– Settlement agreement–SEALED, # 20 Exhibit J– Foundation's meeting minutes October 15, 2021–SEALED) (ztc, ). (Entered: 07/14/2025) |
| 07/14/2025 | 59 | Medical Records filed by State University of New York at Albany. (Mitchell, Mark) (Entered: 07/14/2025) |
| 07/14/2025 | 60 | MOTION to Seal Document filed by State University of New York at Albany. Motion returnable before Judge David N. Hurd Response to Motion due by 8/4/2025 (Mitchell, Mark) (Entered: 07/14/2025) |

| 07/14/2025 | | Clerk's Office received Exhibit I Settlement Agreement and Release, and Exhibit J January 30, 2025 Meeting Record submitted under seal via MFT to the # 58 Motion for Summary Judgment and # 60 Motion to Seal Document. Not available for public viewing. (egr) (Entered: 07/17/2025) |
|---|---|---|
| 07/17/2025 | 61 | MOTION for Extension of Time to File Response/Reply as to 57 MOTION for Summary Judgment filed by Dwayne Killings. Motion returnable before Judge David N. Hurd., 58 MOTION for Summary Judgment filed by State University of New York at Albany. Motion returnable before Judge David N. Hurd. filed by Luke Fizulich. Response to Motion due by 8/7/2025 Motions referred to Daniel J. Stewart. (Davis, Tara) (Entered: 07/17/2025) |
| 07/28/2025 | 62 | TEXT ORDER ORDER GRANTING EXTENSION OF MOTION RESPONSE / REPLY DEADLINES. Pursuant to the Order of the Hon. David N. Hurd, Senior USDJ the 61 Motion for an extension of the deadline to file Plaintiff's opposition briefs in response to Defendant Killings' 57 motion for summary judgment and Defendant State University of New York at Albany's 58 motion for summary judgment until September 8, 2025. Defendants Killings and the State University of New York at Albany shall file replies, if any, no later than September 29, 2025. (Responses to Motions due by 9/8/2025. Replies to Responses to Motions due by 9/29/2025) So Ordered by Senior Judge David N. Hurd on 7/28/2025. (ptm) (Entered: 07/28/2025) |
| 09/08/2025 | 63 | MEMORANDUM OF LAW re 57 Motion for Summary Judgment,,,,, filed by Luke Fizulich. (Attachments: # 1 Declaration in Opposition, # 2 Exhibit(s) 1. Amended Complaint, # 3 Exhibit(s) 2. Deposition transcript of L. Fizulich, # 4 Exhibit(s) 3. Deposition transcript of D. Killing, # 5 Exhibit(s) 4. Deposition transcript of Dr. Joel Ingersoll, # 6 Exhibit(s) 5. Deposition transcript of B. Selchick, # 7 Exhibit(s) 6. Emails between B. Selchick and Plaintiff dated February 28, 2022, # 8 Exhibit(s) 7. Emails between B. Selchick and Plaintiff dated March 4, 2022, # 9 Exhibit(s) 8. B. Selchick's notes from Plaintiff's interview, # 10 Exhibit(s) 9. B. Selchick's notes from interview, # 11 Exhibit(s) 10. K. Peralta's notes from D. Killings interview, # 12 Exhibit(s) 11. Emails between B. Selchick and Plaintiff dated April 1, 2022, # 13 Exhibit(s) 12. Letter of Reprimand, # 14 Exhibit(s) 13. Settlement Agreement, # 15 Exhibit(s) 14. Twitter post dated March 28, 2022, # 16 Exhibit(s) 15. Email from Northern Man dated November 16, 2022, # 17 Exhibit(s) 16. Text messages, # 18 Exhibit(s) 17. Times Union Article, # 19 Exhibit(s) 18. WAMC Northeast Article, # 20 Exhibit(s) 19. Email correspondence dated March 31, 2022, # 21 Exhibit(s) 20. Text messages dated November 24, 2022, # 22 Exhibit(s) 21. Text messages dated November 24, 2021, # 23 Exhibit(s) 22. M. Pryor's Letter, # 24 Exhibit(s) 23. EOP Funds, # 25 Exhibit(s) 24. Check, # 26 Exhibit(s) 25. Letter, # 27 Exhibit(s) 26. Deposition transcript of M. Pryor, # 28 Exhibit(s) 27. Text messages, # 29 Exhibit(s) 28. Text messages, # 30 Exhibit(s) 29. Campus and Workplace Violence Prevention Policy and Program, # 31 Exhibit(s) 30. Policy attestation, # 32 Exhibit(s) 31. Deposition transcript of M. Benson, # 33 Statement of Material Facts)(Bernstein, Stuart) (Additional attachment(s) added on 3/13/2026: # 34 EXHIBIT 9–SEALED, # 35 Exhibit 10– SEALED, # 36 Exhibit 12–SEALED, # 37 Exhibit 13–SEALED, # 38 Exhibit 23–SEALED, # 39 Exhibit 24–SEALED, # 40 Exhibit 25–SEALED, # 41 Exhibit 30–SEALED) (ztc, ). (Entered: 09/08/2025) |
| 09/08/2025 | 64 | MEMORANDUM OF LAW re 58 Motion for Summary Judgment,,,,, filed by Luke Fizulich. (Attachments: # 1 Declaration in Opposition, # 2 Exhibit(s) 1. Amended Complaint, # 3 Exhibit(s) 2. Deposition transcript of L. Fizulich, # 4 Exhibit(s) 3. Deposition transcript of D. Killing, # 5 Exhibit(s) 4. Deposition transcript of Dr. Joel Ingersoll, # 6 Exhibit(s) 5. Deposition transcript of B. Selchick, # 7 Exhibit(s) 6. Emails between B. Selchick and Plaintiff dated February 28, 2022, # 8 Exhibit(s) 7. Emails between B. Selchick and Plaintiff dated March 4, 2022, # 9 Exhibit(s) 8. B. Selchick's notes from Plaintiff's interview, # 10 Exhibit(s) 9. B. Selchick's notes from interview, # 11 Exhibit(s) 10. K. Peralta's notes from D. Killings interview, # 12 Exhibit(s) 11. Emails between B. Selchick and Plaintiff dated April 1, 2022, # 13 Exhibit(s) 12. Letter of Reprimand, # 14 Exhibit(s) 13. Settlement Agreement, # 15 Exhibit(s) 14. Twitter post dated March 28, 2022, # 16 Exhibit(s) 15. Email from Northern Man dated November 16, 2022, # 17 Exhibit(s) 16. Text messages, # 18 Exhibit(s) 17. Times Union Article, # 19 Exhibit(s) 18. WAMC Northeast Article, # 20 Exhibit(s) 19. Email correspondence dated March 31, 2022, # 21 Exhibit(s) 20. Text messages dated November 24, 2022, # 22 Exhibit(s) 21. Text messages dated November 24, 2021, # 23 Exhibit(s) 22. M. Pryor's Letter, # 24 Exhibit(s) 23. EOP |

| | | |
|---|---|---|
| | | Funds, # 25 Exhibit(s) 24. Check, # 26 Exhibit(s) 25. Letter, # 27 Exhibit(s) 26. Deposition transcript of M. Pryor, # 28 Exhibit(s) 27. Text messages, # 29 Exhibit(s) 28. Text messages, # 30 Exhibit(s) 29. Campus and Workplace Violence Prevention Policy and Program, # 31 Exhibit(s) 30. Policy attestation, # 32 Exhibit(s) 31. Deposition transcript of M. Benson, # 33 Statement of Material Facts)(Bernstein, Stuart) (Additional attachment(s) added on 3/13/2026: # 34 Exhibit 9–SEALED, # 35 Exhibit 10– SEALED, # 36 Exhibit 12–SEALED, # 37 Exhibit 13–SEALED, # 38 Exhibit 23–SEALED, # 39 Exhibit 24–SEALED, # 40 Exhibit 25–SEALED, # 41 Exhibit 30–SEALED) (ztc, ). (Entered: 09/08/2025) |
| 09/08/2025 | 65 | MOTION to Seal Document filed by Luke Fizulich. Motion returnable before Judge David N. Hurd Response to Motion due by 9/29/2025 (Attachments: # 1 Proposed Order/Judgment) (Davis, Tara) (Entered: 09/08/2025) |
| 09/23/2025 | | Clerk's Office received Exhibits 9, 10, 12, 13, 23, 24, and 30 – Unredacted Exhibits submitted under seal via MFT to the # 65 Motion to Seal. Not available for public viewing. (egr) (Entered: 09/23/2025) |
| 09/25/2025 | 66 | REPLY to Response to Motion re 57 Motion for Summary Judgment,,,,, filed by Dwayne Killings. (Attachments: # 1 Statement of Material Facts in further support of Motion for Summary Judgment)(Dreyer, William) (Entered: 09/25/2025) |
| 09/29/2025 | 67 | REPLY to Response to Motion re 58 Motion for Summary Judgment,,,,, filed by State University of New York at Albany. (Attachments: # 1 Exhibit(s) 1. nonparty Marcus Pryor's deposition transcription, # 2 Memorandum of Law, # 3 Statement of Material Facts Reply to Plaintiff's "Statement of Additional Material Facts in Dispute")(Mitchell, Mark) (Entered: 09/29/2025) |
| 10/01/2025 | 68 | TEXT ORDER: The Court is in receipt of defendant State University of New York Albanys motion to seal 60 . However, defendant submitted via MFT an almost entirely redacted version of Ex. J, the 1/30/2025 Meeting Record, which the Court is thus unable to review in consideration of this motion. Accordingly, defendant is directed to, within fourteen (14) days of the entry of this order, submit a properly unredacted version of Ex. J for this Courts review and consideration. In the event that defendant fails to timely submit this corrected exhibit, their motion to seal will be dismissed without prejudice. IT IS SO ORDERED by Senior Judge David N. Hurd on 10/1/2025. (ptm) (Entered: 10/01/2025) |
| 10/15/2025 | 69 | STATUS REPORT *in response to the Court's Text Order at ECF No. 68* by State University of New York at Albany. (Attachments: # 1 Exhibit(s) Subpoena to the University at Albany Foundation)(Mitchell, Mark) (Entered: 10/15/2025) |
| 03/13/2026 | 70 | TEXT ORDER granting 60 Motion to Seal and 65 Motion to Seal: IT IS ORDERED that Defendant State University of New York at Albany's Exhibit I and Exhibit J to the # 58 MOTION for Summary Judgment shall be filed under SEAL. IT IS FURTHER ORDERED that Exhibit 9, Exhibit 10, Exhibit 12, Exhibit 13, Exhibit 23, Exhibit 24, Exhibit 25, and Exhibit 30 to Plaintiff Luke Fizulich's responses in opposition (DKT #s 63 and 64 ) shall be filed under SEAL. SO ORDERED by Senior US District Judge David N. Hurd on 3/13/2026. (ztc) (Entered: 03/13/2026) |
| 06/10/2026 | 71 | MEMORANDUM–DECISION and ORDER: ORDERED that 1. Defendant State University of New York at Albany's motion for summary judgment (Dkt. No. 58 ) is GRANTED; 2. Plaintiff Fizulich's Title VI claim (Count III) against defendant State University of New York at Albany is DISMISSED; 3. Defendant State University of New York at Albany is DISMISSED as a defendant from this action; 4. Defendant Dwayne Killings's motion for summary judgment (Dkt. No. 57 ) is GRANTED IN PART and DENIED IN PART; 5. Plaintiff Fizulichs tortious–interference claim (Count II) against defendant Dwayne Killings is DISMISSED; and 6. Plaintiff Fizulich's assault and battery claims (Count I) against defendant Dwayne Killings will proceed to trial. Signed by Senior Judge David N. Hurd on 6/10/2026. (ptm) (Entered: 06/10/2026) |
| 06/10/2026 | 72 | TEXT STATUS REPORT ORDER: Pursuant to the Order of the Hon. David N. Hurd, Senior USDJ, the parties shall file Status reports as to the further progress of this case no later than Monday August 10, 2026. (Status Report due by 8/10/2026). So Ordered by Senior Judge David N. Hurd on 6/10/2026. (ptm) (Entered: 06/10/2026) |

| 06/25/2026 | 73 | MOTION for Bill of Costs filed by State University of New York at Albany. (Attachments: # 1 Exhibit(s) A. Invoice for transcript of deposition of plaintiff) (Mitchell, Mark) (Entered: 06/25/2026) |
|---|---|---|
| 06/25/2026 | 74 | TEXT NOTICE Re: 73 MOTION for Bill of Costs filed by State University of New York at Albany. Objections to any amounts claimed in the Bill of Costs are due on or before July 9, 2026; and any reply to the objections is due on or before July 16, 2026. (Response to Motion due by 7/9/2026. Reply to Response to Motion due by 7/16/2026) (ptm) (Entered: 06/25/2026) |
| 07/07/2026 | 75 | NOTICE OF APPEAL as to 71 Order on Motion for Summary Judgment,,,,,,, by Luke Fizulich. Filing fee $ 605, receipt number ANYNDC–7671805. (Davis, Tara) (Entered: 07/07/2026) |