## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Luke Fizulich v. Dwayne Killings et al.**   Docket No.: **26-1849**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Justin Quinn Davis, Esq.**

Firm: **Dreyer Boyajian LLP**

Address: **75 Columbia Street, Albany, NY 12110**

Telephone: **518-463-7784**   Fax: **518-463-4039**

E-mail: **jdavis@dblawny.com**

Appearance for: **Dwayne Killings**
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **William J. Dreyer, Esq., Dreyer Boyajian LLP** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: _____

Type or Print Name: **Justin Quinn Davis, Esq.**