## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Luke Fizulich v Dwayne Killings et al                    Docket No.: 26-1849

Lead Counsel of Record (name/firm) or Pro se Party (name)

Appearance for (party/designation) none   **Dwayne Killings**

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✓] Correct
- [ ] Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
- [✓] Correct
- [ ] Incorrect.   The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect.   Please change the following parties' designations:

  Party                                            Correct Designation


**Contact Information** for Lead Counsel/Pro Se Party is:
- [✓] Correct
- [ ] Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:_____
Firm:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

## RELATED CASES

- [✓] This case has not been before this Court previously.
- [ ] This case has been before this Court previously.   The short title, docket number, and citation are:_____

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
_____ OR that [ ] I applied for admission on_____or renewal on
_____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record:_____
Type or Print Name: Justin Quinn Davis, Esq.
        OR
Signature of pro se litigant:_____
Type or Print Name:_____
- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.